AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) (For **Revocation** of Probation or Supervised Release) |
| DRESHAWN ANTHONY | ) |
| | ) Case No.  3:21-cr-0016-JM-02 |
| | ) USM No. 41806-509 |
| | ) |
| | ) Kristen Green |
| | ) Defendant's Attorney |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 0 8 2024

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  Mandatory(3), Standard(3), & Standard(9)  of the term of supervision.

☑ was found in violation of condition(s) count(s) Mandatory(1) & Standard(8) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Mandatory (1) | Violation of another Federal, State, or Local Crime (2/17/24 incident) | 02/17/2024 |
| 2 - Standard (8) | Knowingly interacting with a person engaged in criminal activity | 02/17/2024 |
| 3 - Mandatory (3) | Unlawfully using a controlled substance | 10/16/2023 |
| 4 - Standard (3) | Leaving the judicial district where you are authorized without permission | 10/24/2023 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _4925_

Defendant's Year of Birth: ___1992___

City and State of Defendant's Residence:
Houston, Texas

10/03/2024
Date of Imposition of Judgment

_____
Signature of Judge

JAMES M. MOODY JR., U.S. DISTRICT JUDGE
Name and Title of Judge

10/8/24
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page    2    of    3

DEFENDANT:  DRESHAWN ANTHONY
CASE NUMBER:  3:21-cr-0016-JM-02

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 - Standard (9) | Failure to report arrest to probation officer | 10/24/2023 |

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                        Sheet 2— Imprisonment

Judgment — Page __3__ of __3__

DEFENDANT:  DRESHAWN ANTHONY
CASE NUMBER:  3:21-cr-0016-JM-02

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

24 MONTHS with no supervised release to follow.

☑  The court makes the following recommendations to the Bureau of Prisons:

The Court recommends designation to FCI Beaumont, TX to allow the defendant to remain near family.

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL